# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1590 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 12 DB 2010 |
| SUZANNE SPENCER ABEL | : | |
| | : | Attorney Registration No. 202443 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Cumberland County) |

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of May, 2024, the Petition for Reinstatement is granted. Petitioner is ordered to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).